389 P.3d 129

**Gregory Dean KAUFMAN,
Plaintiff-Appellee,**

v.

**Merrill Linda KAUFMAN,
Defendant-Appellant
NO. CAAP-15-0000601**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 28, 2016.

APPEAL FROM THE FAMILY COURT
OF THE SECOND CIRCUIT (FC-D NO.
13-1-0027)

### SUMMARY DISPOSITION ORDER

Vacated. Remanded.

389 P.3d 129

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Brandon K. CHANG, Defendant-Appellee
NO. CAAP-15-0000880**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 29, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 15-1-
0598)

### SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 129

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Remind RAPUN, also known as Deuser
Usepweta, Defendant-Appellee
NO. CAAP-16-0000102**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 29, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 15-1-
1558)

### SUMMARY DISPOSITION ORDER

Affirmed.